IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JOHN HALL, ELAINE ROBINSON-STRAYHORN, LINDORA TOUDLE, THOMAS JERKINS,<br><br>Plaintiffs,<br><br>v.<br><br>JONES COUNTY BOARD OF COMMISSIONERS, *et al.*,<br><br>Defendants. | Civil Action No. 4:17-cv-18<br><br>ORDER |

Upon consideration of the parties' Joint Motion for Suspension of Discovery and of Case Management Order Deadlines, and it appearing good cause exists, it is HEREBY ORDERED that all pending discovery deadlines and all other deadlines set by the Case Management Order entered on June 26, 2017 are SUSPENDED until further order of this Court.

Dated: July 5, 2017

_____
HON. LOUISE W. FLANAGAN
United States District Judge