IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CV-18-FL

| | | |
|---|---|---|
| JOHN HALL; ELAINE ROBINSON-STRAYHORN; LINDORA TOUDLE; and, THOMAS JERKINS, | ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| JONES COUNTY BOARD OF COMMISSIONERS; FRANK EMORY, in his official capacity as Chairman; W. MICHAEL HADDOCK, in his official capacity as Vice Chairman; ZACK A. KOONCE, III, in his official capacity as Commissioner; SONDRA IPOCK-RIGGS, in her official capacity as Commissioner; JOSEPH F. WIGGINS, in his official capacity as Commissioner; FRANKY J. HOWARD, in his official capacity as Jones County Manager; JONES COUNTY BOARD OF ELECTIONS; and, WILL H. BROCK, in his official capacity as Chairman of the Board of Elections, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within 45 days hereof. **The parties are directed to file their Stipulation of Dismissal with Prejudice on or before August 21, 2017.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 5th day of July, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge